**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**KATRINA LITTLE, INDIVIDUALLY,
AND ON BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES OF
MENTHY CUNNINGHAM**                                            **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 1:13-CV-126-DMB-SAA**

**AURORA AUSTRALIS, LLC**                                                     **DEFENDANT**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Katrina Little, Individually, and on behalf of the wrongful death beneficiaries of Menthy Cunningham, and Defendant, Aurora Australis, LLC, advise the Court that they have resolved their disputes amicably and wish to dismiss this suit with prejudice. The Parties move the Court by *ore tenus* motion for an Order dismissing this case with prejudice.

AGREED TO:

/s/ Chynee A. Bailey
Chynee A. Bailey (MS Bar No. 99513)
BAILEY LAW, PLLC
126 West Main Street, Suite B
P.O. Box 1116
Raymond, MS 39154
*COUNSEL FOR PLAINTIFF*


/s/ Ceejaye S. Peters
W. Davis Frye (MS Bar No. 10671)
Ceejaye S. Peters (MS Bar No. 101962)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
*COUNSEL FOR DEFENDANT*